**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**FELICA L. ABRAM, ET AL.**                                                      **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.  2:04CV267KS-JMR**

**KERR-MCGEE CORPORATION, ET AL.**                               **DEFENDANTS**

<u>**ORDER REQUIRING SEPARATE COMPLAINTS**</u>

**BEFORE THE COURT** is plaintiffs' complaint filed on July 14, 2004.  The court is of the opinion that plaintiffs must file separate complaints for the reasons set forth below.

Plaintiffs filed a joint complaint alleging that they have been damaged or injured in different ways at different times by chemical contamination resulting from the operation of a wood-treating facility that was once operated in Hattiesburg, Mississippi.

I.

With these concerns in mind and with the objective of achieving judicial economy and maintaining efficient control of its docket, the court finds it appropriate to sever the recent matter into individual actions, one for each named plaintiff.  The first named plaintiff, Felica Abram, shall remain the one plaintiff in civil action No. 2:04cv267KS-JMR.

The clerk of the court will be directed to assign a new case number representing individual actions for all other plaintiffs.  The clerk of court shall be directed to place copies of the present complaint, and other documents, including this order in each file.  Each document shall be entered as of the date of this order.  The newly assigned case number shall be placed upon the copy of the present complaint and other documents and they shall serve as the original documents in the severed

action. In the event the court finds that common questions of law or fact exist in separate cases, the Court may then order that those cases be consolidated, as provided in Fed.R.Civ.P. 42(a).

Upon assignment of individual case numbers and creation of individual files, the court will make further orders in each case after conducting it's review pursuant to 28 U.S.C. §1915.

**IT IS THEREFORE ORDERED:**

(1)    That Felica Abram shall be the one plaintiff in civil action No. 2:04cv267KS-JMR and that the remaining plaintiffs' claims shall be severed into individual actions, one for each named plaintiff;

(2)    That the severed cases shall be captioned as follows:

Kenneth Adams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Onia P. Adams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tameka D. Adams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tamesha P. Adams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn O. Agee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christopher F. Agee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Haskell Agee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James E. Agee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kimberly S. Agee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joyce M. Alexander v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melvin R. Alexander, by and through Milven Alexander v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Milven Alexander v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Miracle A. Alexander, by and through Milven Alexander v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jack Alford v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cameron Allen, by and through Angela Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cecil G. Allen, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cecil G. Allen, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Derek J. Allen v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Julius L. Allen v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Justin Allen v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sylvia Allen v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Walter J. Allen, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Winsdale Allen, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

April Anderson, by and through Willie M. Anderson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gerald Anderson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stephen Anderson, by and through Willie M. Anderson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Mae Anderson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Arthur Applewhite v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Comisha B. Armstrong v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joyce Armstrong v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rose M. Armstrong v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry Arrington v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Adrian Ashford, by and through next friend Tamara Bourne, Mother v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eddie J. Austin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Romana Backman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie Bailey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandra J. Balam v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie L. Ball v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christy C. Ball v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James H. Ball, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John T. Ball v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Byron J. Banks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Florine Banks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Julia Banks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Barber v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gwendolyn F. Barber v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Adrian Barlow v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lavelle Barlow v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sonia L. Barlow v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brystin Varnado, by and through Crystal Varnado v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn C. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cleotha Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Collins Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Corrine Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeannie R. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jennifer M. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John W. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jonothon S. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marvin N. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ozell Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stanley L. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tonya N. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie J. Barnes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Addie D. Barrett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Addie L. Barrett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ronald Barrett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sherry M. Barrett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carol M. Baskin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry M. Baskin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard E. Baskin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kearani Baylor, by and through Karen Robins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rosia Benjamin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shamonica Benjamin, by and through Rosie Benjamin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee

Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela Berry v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Donald R. Bethley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Juanita T. Bethley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Valmena Blackman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Billy R. Blake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Candace P. Blake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Geraldine K. Blake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie E. Blake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

11

Patricia E. Blake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Louis J. Blakely v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary C. Blakely v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Diane Blakney v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Reneshia Blakney, by and through Diane Blakney v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Toriano Blanks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert C. Boles v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ebony Bolling, by and through Gloria Townes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betty L. Bolton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gwendylon Bolton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marquez Bolton, by and through Thomas McMickle v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Natalie N. Bolton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Timothy C. Bolton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Wendy Bolton, by and through Thomas McMickle v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary A. Bonner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clifton Bouchee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Margret A. Bouchee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thomas G. Bouchee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Amber Bourne, by and through Tamara Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlton C. Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Flora Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kimberlin Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary Lee Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Monica D. Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rodney T. Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ruby L. Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shamera Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tamara Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie A. Bourne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Bourne, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Bourne, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Minnie M. Bourne  v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Donald Bouvay, by and through Velton Bouvay v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Velton Bouvay v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeanne L. Boykins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Connie Brackett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Africa L. Braddock v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn P. Bradley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latoya Bradley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Reshinda Bradley, by and through Anissa Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Verna M. Bramlett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eddie Brazile v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kathrine Brazile v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bobbie F. Breland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael D. Breland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eric G. Brevard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shirley F. Brevard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Henry Brewton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John E. Brewton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lonnie D. Brewton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Catherine Bridges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jesse L. Bridges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnny M. Bridges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kelly L. Bridges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Leverne Bridges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Reginald Bridges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Adline Brister v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cynthia Brooks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Esther I. Brooks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joe Brooks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ashley Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betty Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deaidra G. Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeremy Brown, by and through Ramonica Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kary Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Keisha Brown, by and through Mary B. Coleman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lamarcia Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary C. Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vanessa L. Brown v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eugene Buckley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Maxine Buckley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ossie L. Buckley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sherry A. Buckley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bobbie J. Bullock v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terrell J. Burrell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tina Burroughs v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn Burton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shamyra Burton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tonya C. Burton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie E. Burton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Archie D. Burton, II v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn R. Butler v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chasity D. Campbell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary L. Campbell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie L. Campbell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Moreyo Carpenter, by and through Pearnell Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sonja C. Carr v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie R. Carson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andre Carter, by and through Stacie Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shunmikel Carter, by and through Stacie Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marjorie W. Chambers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andrea Chapman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Breauna Chapman, by and through Andrea Chapman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brittney Chapman, by and through Andrea Chapman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Veola Chase v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joyce Chestnut v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ogie Chislom v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cynthia L. Christopher v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gloria I. Christopher v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cassandra Clark v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ernestine Clark v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Etta R. Clark v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pearlie L. Clark v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Clark v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gregory Clayton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ahmber Coleman, by and through Pamela Coleman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnny Coleman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Margarett Coleman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary B. Coleman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pamela A. Coleman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Amelia Collins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rickey D. Collins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ferry D. Coney v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dwayne Conner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillie Conner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Myles Conner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Louis C. Cook v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

McNeil Cook v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sally L. Cook v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cinderella M. Cooley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ida V. Cooley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles E. Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Elbert Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Erica Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Freddie L. Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Georgia Cooper, by and through Charles Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacob Cooper, by and through Charles Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeremiah Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

La'Keshia N. Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lanaiea Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillie M. Cooper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Cooper, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edward Corley, Jr., by and through Hazel L. Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edwena Corley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bena Council v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andria Cowley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anita Cowley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eric Cowley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Evelyn L. Cowley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Torrence O. Cowley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Claude Cox v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marshall Cox, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lonnie Craig v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edward Creagh v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John M. Creagh v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mavis A. Creagh v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael L. Creagh v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Janet R. Creekmore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sylvester Crosby, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chansity Crowell, by and through Tanya Husband v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kenya Crowell, by and through Tanya Husband v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Leonard Curb v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mable Curb v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latoya N. Curry v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Loretta Curry v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mattie Curry v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shirley Dantzler v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Darryl M. Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ethel R. Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gwendolyn Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeffrey C. Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillian L. Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lyonal W. Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tyrone Davis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mae R. Dawkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Earnest Dedrick v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Dejarnett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Denitra Dejarnett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia Dejarnett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terrell Dejarnett, by and through Charles Dejarnett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mattie Dennis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Adarryll Dent v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles E. Dent v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Inez Dent v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael A. Dent v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Theressa Dent v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Inez Desheilds v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eleanor Dillon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Yvonne Dixon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pamela Dolison v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bettye Donaldson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Loretta Donaldson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lucille Donaldson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandy Donaldson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie R. Doss v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Howard Doss, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Howard Doss, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rodney Dozier, Jr., by and through Crystal Varnado v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Emma Drake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mamie Drake v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aaron Duckworth, by and through Sheila Duckworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Amber Duckworth, by and through Veronica Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dessie R. Duckworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kaley Duckworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shelia Duckworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hattie Dupree v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dicy Early v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacqueline Eashmond v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jaylen Eashmond, by and through Jacqueline Eashmond v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jonathan Eashmond v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie L. Eashmond, III v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie L. Eashmond, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Juaquita Eashmond v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Natasha A. Eashmond v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara Easterling v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kenneth B. Eaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

L. C. Eaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Beatrice Echols v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melton Edmon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara A. Edwards v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert C. Edwards v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Essie Ellis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bessie R. Evans v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cassandra Evans v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ellis B. Evans v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lucille Evans v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Roderick Evans v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rosie L. Evans v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Evans, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christine Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deborah J. Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jason Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nicholas Fairley, by and through Christine Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ronnie L. Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tiffany Fairley, by and through Christine Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tonyia Fairley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Verna Felts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rick Flowers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tiffany M. Flowers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aaron Fluker, by and through Rosezella Paige v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lakia N. Fluker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sashia Fluker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Maggie Ford v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anita Fortner, by and through next friend Anita Fortner, Mother v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Justin Fortner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandy K. Foster v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Janet E. Fox v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

April C. Franklin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jazmine Franklin, by and through April Franklin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tammy J. Frazier v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandra French v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Santoria French v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brenda L. Fudge v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aloysius Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hazel L. Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lemon Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lennon L. Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rowena Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tommie Gaddis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ceola Gaines v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis Gale v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Keka Gardner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kelly M. Gardner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy Garner v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Denise  D. Garrett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sharon Gasper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Maggie Gilbert v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sunga Gipson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hollie Glass, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hollie Glass, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Doris A. Glenn v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brenda J. Glover v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Henry L. Glover v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tia A. Gordon, by and through Betty L. Bolton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charisse Graham v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vernell Graham v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chris M. Graves v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacqueline Graves v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jasmine Graves, by and through Phyllis Graves v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael Graves v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Phyllis Graves v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Steven A. Graves, by and through Phyllis Graves v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alvin Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anissa M. Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie P. Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betsy A. Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cathy J. Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christopher Gray, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christopher Gray, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Isaac Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mildred R. Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ruthie L. Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Samuel Gray, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandy Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Julia E. Green v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rogenia Green v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Timothy Green, by and through Julia Green v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Torkal Green, by and through Kashunda Hudson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clarence Griffin, by and through Jimmie Kirkham v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ociele Griffin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Romonda Griffin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carol Grimmet v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary Louise Grimmett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia A. Hall v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tommy Hall v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tori Hall, by and through Patricia Hall v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn I. Hardy v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Earnest Harmon, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jamie Harper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kedrick Harper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Delphine Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dora H. Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eleanor L. Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Harold Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Margie Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tarus Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vera L. Harris v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melvin Harrison v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Geraldine Hartfield v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clarence Harvey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlene Hatch v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Levora Hatten v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie N. Hawthorne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

48

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brandon Haynes, by and through Brenda G. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lakesha Haynes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alfred Hearns, Jr., by and through next friend Alfred Hearns, Sr., Father v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alfred Hearns, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annice L. Hearns v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jemye Heath v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William J. Heath v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gladys Heidelberg v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deborah A. Hervey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frances Hervey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kristen J. Hervey, by and through Frances Hervey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Hervey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Hervey, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stephanie Hervey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alexis C. Hester, by and through Alvin Hester v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alvin G. Hester v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marylee Y. Hester v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

50

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alvin G. Hester, II, by and through Alvin Hester v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christal Hibbler, by and through next friend Felicia Hibbler, Mother v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Felicia Hibbler v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nathaniel Hibbler, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nathaniel Hibbler, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shawn Hibbler, by and through Nathaniel Hibbler, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary A. Hicks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Theola M. Hicks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

51

Betty B. Hill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Demetrius D. Hill, by and through Joyce Chestnut v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joann Hill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kelly Hill, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Martina Hill, by and through Charisse Graham v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ollie W. Hill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert E. Hill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shamika L. Hill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Zhontorica Hill, by and through Joyce Chestnut v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn F. Hillard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tamedrian Hillard, by and through Carolyn F. Hillard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Teandra Hillard, by and through Carolyn F. Hillard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terrell D. Hillard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Torriano Hillard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tyrone Hillard, by and through Carolyn F. Hillard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela M. Hines v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Adorablle Hinton, by and through Brenda White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie S. Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Benetha Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Corey Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis Hinton, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis Hinton, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Evelyn Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ja'madison Hinton, by and through Brenda White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joe W. Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John W. Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sabrina Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sarah Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tommie J. Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vara Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Darneshia Hodge v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Donald Hodge, by and through Marylee Hester v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Damian Hodges v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Calvin E. Holder v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Catherine T. Holder v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ray A. Holliman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillie M. Holloway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sarah E. Holloway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tonya Holloway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Arrington D. Holmes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bennie R. Hopkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chester Hopkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gloria Hopkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lawerence Hopkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marvin E. Hopkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Valencia Hopkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeanette D. Horne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia A. Horne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Linda C. Hossley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Janice Houze v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Reginald Houze v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dedra T. Howard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tiffany Howard, by and through Dedra T. Howard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William T. Howard, by and through Dedra T. Howard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dwight D. Hudson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Essie L. Hudson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hollie M. Hudson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William Hudson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kashunda Hudson   v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brinda J. Hunter v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Debbie D. Hunter v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Theodore Hunter v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Derick D. Husband v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tanya Husband v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary L. Hutton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Janice L. Hyde v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Hyde v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kyndell Ingram, by and through Sharon Moore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shantarious Ingram, by and through Sharon Moore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Whitney Ingram, by and through Whitney Ingram v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alpheaus Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ashley Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Beverly E. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Claude Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Courtney Jackson, by and through Angela Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

60

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Debra Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Demario Jackson, by and through Veronica Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Donyell Jackson, Ouida Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy Jackson, by and through Linda B. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gabriel Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Geraldine Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gerrick Jackson, by and through Janice Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gloria F. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Irene Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Janice Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jermane F. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie M. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kimberly Y. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillian C. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Linda B. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Louise V. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lucille Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mahogany Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marquette Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ouida Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Phillip E. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ramona Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sabrina Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sam Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shermenia Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stevenson Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thelma Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tinnia Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vermell Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Veronica D. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Veronica Jackson, by and through Veronica D. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Veronica Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Voncile Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William L. Jackson, by and through Veronica Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Ruth Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rolanda Jackson-Hudson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clarence E. Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Benjamin James, by and through Anissa Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Caprisa James, by and through Anissa Gray v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Belinda F. Jefferson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deborah A. Jenkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edward Jenkins, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ida Jenkins v. Kerr-McGee Corporation, Kerr-McGee Corporation, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James Jenkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Louis C. Jenkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary E. Jenkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Olivia Jenkins, by and through Deborah A. Jenkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thomas E. Jenkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandra C. Jerald v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carl John v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela F. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brandy Johnson, by and through Victoria Shabazz v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chimeka Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Danny Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Douglas D. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Florrie L. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frances N. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frank B. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lashanda Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marcie Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marlana R. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mattie C. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Roland Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sheleece Johnson, by and through Yvette Samson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Valerie Y. Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Mae Johnson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alberta Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara E. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brandon A. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cecilia A. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Doris H. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Fanneta A. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jason C. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Linda J. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary N. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Paul V. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard C. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert E. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandra L. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sheryl R. Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Taneshia Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betty B. Jordan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorsetta D. Jordan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie Jordan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Beulah Keaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlos A. Keaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christopher Keaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia A. Keaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ruth Keaton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Holly J. Keith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thomas J. Keith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Celia Kelley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper
Company, Inc.

Joseph Kelley, by and through Celia Kelley v. Kerr-McGee
Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical
Corporation, Kerr-McGee Worldwide Corporation, Union Camp
Corporation, and, International Paper Company, Inc.

Lucille Keyes v. Kerr-McGee Corporation, Kerr-McGee Chemical,
L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide
Corporation, Union Camp Corporation, and, International Paper
Company, Inc.

Annie R. Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical,
L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide
Corporation, Union Camp Corporation, and, International Paper
Company, Inc.

Braxton Keys, by and through Janice Keys v. Kerr-McGee
Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical
Corporation, Kerr-McGee Worldwide Corporation, Union Camp
Corporation, and, International Paper Company, Inc.

Charlotte Keys, by and through Patricia McNair v. Kerr-McGee
Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical
Corporation, Kerr-McGee Worldwide Corporation, Union Camp
Corporation, and, International Paper Company, Inc.

Eldrika Keys, by and through Mary L. Keys v. Kerr-McGee
Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical
Corporation, Kerr-McGee Worldwide Corporation, Union Camp
Corporation, and, International Paper Company, Inc.

Iris Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C.,
Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide
Corporation, Union Camp Corporation, and, International Paper
Company, Inc.

Janice Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical,
L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide
Corporation, Union Camp Corporation, and, International Paper
Company, Inc.

Karey Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kenney Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marion L. Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Q. B. Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tameka M. Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thelma Keys v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Woodrow Keys, by and through Patricia McNair v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Camryn Killingsworth, by and through Tiffany Killingsworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Killingsworth, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Killingsworth, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlesha Killingsworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy Killingsworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jesse Killingsworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert L. Killingsworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tiffany Killingsworth v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Denise Kindred v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ivory C. Kindred v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Minnie C. King v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Catherine Kirkham v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jimmie L. Kirkham v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gloria Knight v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eloise Lamar v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Leonard C. Lamar v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chris Lampkin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christina Lampkin, by and through Chris Lampkin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rebecca Lampkin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sharon Lampkin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tina Lampkin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Belle D. Lang v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jamarcus Lang, by and through Jimmie Lang v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jimmie Lang v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joanna Lang v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lenatha Lang v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cedric Large v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deaira Large, by and through Debra Large v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Debra Large v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jimmy L. Large v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Elizabeth B. Lawrence v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Laquita Leach, by and through William Leach v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tory Leach v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Leach v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Belma L. Lee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Constance Lee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Inez Lee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Lee, by and through Rogenia Green v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tara Lee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joann LeFlore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

La'Mya LeFlore, by and through Ralph LeFlore, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ralph LeFlore, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ralph LeFlore, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rickye A. LeFlore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert LeFlore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Caleb Leggett, by and through Kenesha Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacqueline H. Leggett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Leggett, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Leggett, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Manolitto Leggett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Earnest Lewis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alicia Lindsey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacquelyn Y. Little v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Timothy Lockhart v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Maybell Loper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Summer S. Loper v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alvin L. Lott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis A. Lott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Velma Lott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William A. Lott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry D. Love v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Quintonna Love v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thomas W. Love v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles E. Lover v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gwendolyn B. Lover v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Leola Lover v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terry Luckett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bertha L. Luckey v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hattie M. Lumzy v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mildred Lewis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie L. Lewis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carrie B. Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clarence E. Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacqueline B. Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joshua Magee, by and through Ramonica Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Paul Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ramonica Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie M. Magee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ethel Manaway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

J'Mylah Manaway, by and through Ethel Manaway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latoya Manaway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Miriam Manaway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Samantha Manaway, by and through Miriam Manaway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Samuel L. Manaway v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sherry Mark v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Karen C. Maxwell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Raekita Maxwell, by and through Jeanette D. Horne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frederick A. Mayes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Torjia C. Mayfield v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alleta McBride v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andrew McBride, by and through next friend Ratonia Shaw, Mother v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Keriaus McBride, by and through next friend Ratonia Shaw, Mother v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kim McBride v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Danica A. McClendon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kevin McClendon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Otis McClendon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Letrice McCornell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary McCullum v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nicole McCullum v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dexter McCutcheon, by and through Dexter Stewart v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Milton McDuffie v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Elatsky McFarland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kelly McFarland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry G. McFarland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terry McFarland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy McFarlin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Henry M. McFarlin, III v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Henry M. McFarlin, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Amaryllis L. McGill, by and through Keith Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alford McGee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Elijah McGee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ernestine McGee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mildred L. McGee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Virgil E. McGee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeanette McGee-Anyanele v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alvin D. McGhee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Amaryllis McGill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlos McGilvery, by and through Jeanette McGilvery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ebone' McGilvery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jamerrill McGilvery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jean McGilvery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie McGilvery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Zelma McGlothan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Desiree I. McGowan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stacey McGowan, by and through Tommie J. Hinton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Antoine McIntyre v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Beverly McIntyre v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terry L. McKee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tressia McKee v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cathrine McKee (Phillips-McKee) v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Matthew McKeller, by and through Pamela McKeller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Maurio T. McKeller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pamela McKeller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tony McKeller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Delisa McKinley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gilbert L. McKinney v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dennis McLaurin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edwina McLaurin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Geneva McLaurin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Callie McLendon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edith McMickle v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thomas McMickle v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlis McNair v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia McNair v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Roy McNair, III, by and through Thomas McMickle v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alfred Means v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kedavian Means, by and through Zepher Means v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kimberly Means v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marian L. Means v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Means v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Zepher Means v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Mickel v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Roger L. Middlebrook v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aaron Middleton, Jr., by and through Aaron Middleton, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aaron Middleton, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cathy L. Middleton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eldridge R. Middleton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Terence J. Mikel v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dwight Miles v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Erika Miller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Miller, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Roy Miller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Verna Miller v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Leroy Milsap v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Walter Milsap v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie M. Milsap v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alethea Milton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christina L. Minor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Doris Minor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Erica L. Minor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kathryn S. Minor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latessa Minor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Minor, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Minor, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Linda P. Mitchel v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Theresa P. Mitchell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eddie Mix v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joyce L. Mix v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stephon Mobley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jamichael Mobley, by and through Nancy Keith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

94

Steven Moffett, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Steven Moffett, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deborah Montgomery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Geraldine Montgomery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Overton Montgomery v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brandon Moody, by and through Lacresha Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brandy Moody, by and through Lacresha Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Destin Moody, by and through Edna Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edna Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jaylin Moody, by and through Edna Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lacresha Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rosa Moody v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dazmond Moore, by and through Sharon Moore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacqueline Moore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sharon Moore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Wilmer Moore v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clemmie Morgan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jaylon Morgan, by and through Clemmie Morgan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cindi Mosley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Corey Mosley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kendra Mosley, by and through Linda Mosley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Linda Mosley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shedrick Mosley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stevon Mosley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Valorie Motley v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bettye G. Mott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kennadi Mullen, by and through Alberta Jones v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary F. Murphy v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Luartis Muse v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara Jean Myers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hattie Myers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kevin R. Myers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Myers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cecil Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jasmine Naylor, by and through Katrina Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Katrina Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kizzy Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Madeline Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michale Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Monte Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shriley A. Naylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andre Nelson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melindy Nelson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tunga Nelson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles R. Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frank Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary B. Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mellissa Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rosia L. Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Steven Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia A. Ngur v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Santequia Ngur v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andrelle Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Demi E. Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ethel F. Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gian Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Helen B. Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vanedra N. Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William H. Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William K. Nicholson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Helen M. Nicks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Nicks v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Toyia Nines v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frances E. Nixon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nadia Nixon, by and through Frances Nixon v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry Nunn v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Billy P. Oatis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Harry E. Oatis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry L. Oatis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary A. Oatis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Stephanie Odomes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brian Outlaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chery K. Outlaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Faye Outlaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ryan Outlaw, by and through Ashley Jackson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ryan Outlaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie J. Outlaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shirley Ann Owens v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Debbie G. Pack v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis Paige v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rosezella Paige v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Daisey L. Parker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Evelyn L. Parker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry M. Parker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jesse Parker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Parker, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Parker, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pearl Parker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rocille Parker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Virie Parker, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ada Patrick v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles L. Patrick v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles L. Patrick, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlotte Patrick v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Oddesty Patrick v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tamala Patrick v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angelia Payne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brandi Payne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marilyn Payne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andrew Payton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nina R. Pearson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Margie Perkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie L. Peterson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandra A. Peterson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie B. Peterson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ever Peyton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lionel Peyton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Albert Phillips v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Arabedella Phillips v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Calvin Phillips v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Emelda Phillips v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andrew Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Andrew Pittman, III v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bonnie Pittman, by and through Patricia A. Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Callie Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

David Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John F. Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patrica Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia A. Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Percy Pittman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Albert Pollard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alfred Poole v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Byron Poole v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlotte Poole v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eula Poole v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nicholas Poole v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Emma R. Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Emma Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Fritz Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnny L. Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kesia Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lee Pope v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bernard Porter v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary J. Porter v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie Portis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rachel Portis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clara Powe v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christine Powell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ralphael Powell, by and through Debbie A. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Valerie Powell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Keana Preston, by and through Karen Robins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alexander Price, by and through Aquianetta Price v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aquianetta Price v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chester Price v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Corsetta Pruitt v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary Pruitt v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Albert Pugh v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marlon Pugh v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Theola Quaterman v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anthony Ratcliff, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anthony Ratcliff, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy Ratcliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frank Ratcliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joyce Ratcliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marquita Ratcliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandy Ratcliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tyree Ratcliff, by and through Joyce Ratcliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert V. Ratliff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Exie Rawls v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John E. Rawls v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alejuandro Reed v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betty Reed v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kenney Reed, by and through Alejuandro Reed v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kindrick Reed, by and through Alejuandro Reed v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rayshun Reed, by and through Alejuandro Reed v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christie Reedy v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kedric Resse, by and through Trukissa Resse v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Trukissa Resse v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anna Revies v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Donnie C. Revies v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Veola Rhodes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Odis Rich, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Richards v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Richardson, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Richardson, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary A. Richardson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tanakia Richardson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

K. Brenda Robbins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Deon Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jennie Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joshua Roberts, by and through Pearnell Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Justin Roberts, by and through Rose Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lee Roberts, Jr., by and through Rose Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lee Roberts, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillie Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pearnell Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard C. Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rodericke Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rose Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Seon Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sharon Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Travis Roberts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jimmie L. Robertson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kathryn Robertson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Louise Robertson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie A. Robertson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Karen Robins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anthony Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eric Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Felicia Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hattie Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jackie Robinson, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jackie Robinson, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnathon Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jonathan Robinson, Jr., by and through Hattie Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary H. Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Philisia Robinson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Emma Roger v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James Rogers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ruby Rogers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara Ross v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlos Ross v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Darryl Ross v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Perry Ross v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bernadine Ruff v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John A. Ruffin v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betty Russell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jaime Sadler v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael Samson, Jr., by and through Michael Samson, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael Samson, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mykel Samson, by and through Yvette Samson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Yvette Samson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shanderica Sanders v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jones Santana v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Arthur Scott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bonnie Scott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Derricka Scott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary J. Scott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Radonna Scott v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kya Shabazz, by and through Victoria Shabazz v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Victoria Shabazz v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Beverly Shaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Emmett Shaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ratonia R. Shaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Roosevelt Shaw v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Debbie A. Shelton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dennis Shelton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gloria Shelton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillian Shelton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Matthew Shelton, by and through next friend Debbie Shelton, Mother v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Najaeli Shelton, by and through Sonya Shelton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sonya Shelton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alice Shinal v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlene Short v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ariana Simmons, by and through Richard Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlos Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Elizabeth Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Levi Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Paul Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Priscilla Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Simmons, Jr., by and through Richard Simmons v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlton Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cephus Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Destiny Sims, by and through Patricia Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hassie Sims, by and through Patricia Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Patricia Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shellie Sims v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lewis Slay v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vicki Sloan v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alice F. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alice R. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anita V. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anthony M. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara C. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carl Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cedric Smith, Jr., by and through Cedric Smith, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cedric Smith, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles E. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Climmie Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Debbie A. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gwendolyn Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Helen D. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jasmine Smith, by and through Pauline Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jimmy D. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joe A. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kamry Smith, by and through Princess Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kandice Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kenisha Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Khanlor Smith, by and through Princess Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kirstin Smith, by and through Princess Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

K'tryka Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Smith, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Smith, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Leona Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marvin Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael J. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Obert Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pauline Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Princess Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rose Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sammie Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

S'moyne Smith, by and through Anita V. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William H. Smith v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christy South v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Randy Spann v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rickey Spann v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tommy Spann v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Armon Spencer v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aaron Steele v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Chundra Steele v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Inez Steele v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry Steele v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dexter Stewart v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sunny Stewart, by and through Dexter Stewart v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lakeisha Stokes, by and through Gloria Stokes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Albert Strickland, by and through Jaqueline Whitsett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Desseray Strickland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lidesse Strickland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vincent Strickland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Wilbert Strong v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cyrus Sturgis, by and through Melissa Newsome v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Betty A. Sturgis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gladys Sturgis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tevin Sturgis, by and through Betty A. Sturgis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Malcolm Tart v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ethel Tate v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Linda J. Tate v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Van Tate, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Amelia Taylor, by and through Renita Taylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlos Taylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Taylor, II, by and through Renita Taylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Taylor, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Char'lesha Taylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Renita Taylor v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anthony Terrell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pinkie Terrell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Audrey Thames v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mack Thames v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Anzeo Thomas, by and through Jeanie Thomas v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Douglas Thomas v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jeanie Thomas v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marcia Thomas v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melody Thomas v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Quintini Thomas v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry C. Thompkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Helen L. Thompson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Minnie Thompson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sandra L. Thompson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Daisy Thorne v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aaron Townes, by and through Angela Townes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela Townes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gloria Townes v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy L. Townsend v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Day C. Toy v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Champion Trotter, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Daisy Trotter v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlie Turner, III v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Twillie v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shawna Vanburen v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie Varnado v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Crystal Varnado v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ruby Varnado v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alice Vickers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie Vickers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnny L. Vickers v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jacob Virgil v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ruth Virgil v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Georgia Viverette v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carlton Wade v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Frankie Wade v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Alisha Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara F. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brenda G. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cathleen Walker, by and through Gary L. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christopher L. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eddie L. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Georgia Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Howard Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Juanita Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Keith Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Larry Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Laura L. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lavoris Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Mary A. Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Orlena Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Priscilla Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Reshyd Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Toni Walker, by and through Georgia Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Viola Walker v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie P. Walls v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ernest Walters v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Helen L. Walters v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latoya Walters v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Michael R. Walters v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Georgia Walton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James M. Walton v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angela Ware v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latoria Ware v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Thelma Washington v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Illya Watkins v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Latesha Watts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lorraine Watts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tiffany Watts, by and through Lorraine Watts v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical

Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Hazel Wells v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ethel Wheeler v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annie V. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brady White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brendasia White, by and through Brenda White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Curtis L. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Earnestine White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edwin D. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jasper White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John L. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joyce C. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Malik White, by and through Brenda White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pattie White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rita L. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rita M. White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Sarah White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Zachary White v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Bettie Whitsett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

J. W. Whitsett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jaqueline Whitsett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry Whitsett v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Aleshia Wiley, by and through Willie Wiley, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Wiley, II, by and through Willie Wiley, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willie Wiley, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angenette Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Antonio Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Barbara Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Brittany Williams, by and through Barbara Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cassandra Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Cha'keerah Williams, by and through Angenette Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charlie Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clinton Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Courtney Williams, by and through Angenette Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dinah Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Dorothy F. Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edward Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Eli Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Felicia Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gerry Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Herlean Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James C. Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Janice Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Johnnie S. Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kenesha Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lillian Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Louis D. Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lowelle Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marcia Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Margie Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Nanette Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ora Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Phaon Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Pharon Williams, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Phillip Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

R. J. Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rebecca Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rosie B. Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shalonda Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shauncey Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shirley Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tashara Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tyrone Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willean Williams v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Angelia Wilson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Charles Wilson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Edna Wilson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James E. Wilson v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Doris Wolfe v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jade Wolfe v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jasmine Wolfe, by and through Barbara Easterling v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerome Wolfe, by and through Barbara Easterling v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessica Wolfe v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Justina Wolfe, by and through Barbara Easterling v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Rhonda Womack v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

James B. Womback v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christine Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Christy Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Della Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jerry Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jimmy Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Joanna Woodland, by and through Laqwanda Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Kesa Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Laklyn Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Laqwanda Woodland v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee

Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melchester Woodland, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Melchester Woodland, Sr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Tiffany Woodland, by and through Betty A. Sturgis v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Gladys Woods v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Toya Woods v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Wanda Woods v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Annette Woullard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Clara Woullard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Princess Woullard, by and through Betty Russell v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ralph Woullard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Douglas Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

John R. Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ladonna Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Lakaja Wright, by and through Phyllis Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Marcus Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Phyllis Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Shauna Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide

Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Vivian Wright v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Peggy Yarbrough v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jermaine Young, by and through Crystal Varnado v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Jessie Young v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Ronald Young v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Teresa Young v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Willard Young v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

William Young, by and through Teresa Young v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Robert Ervin Hill v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Prince Woullard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Richard Woullard v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Carolyn B. Fairley v. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

Raymond Phillips, Jr. v. Kerr-McGee Corporation, Kerr-McGee Chemical, L.L.C., Kerr-McGee Chemical Corporation, Kerr-McGee Worldwide Corporation, Union Camp Corporation, and, International Paper Company, Inc.

(3) That the Clerk of the Court is directed to assign individual civil action numbers to each of the severed cases;

(4) That the Clerk of the Court is directed to place a copy of the complaint and other documents filed in civil action No. 2:04cv267KS-JMR including this order, in each newly created file.

**SO ORDERED AND ADJUDGED** this the 12th day of July, 2005.


s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE